EOC:MLL
F. #1996R04517

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

RAY IRANGY,

          Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

96 CR 0874

Upon the application ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Matthew L. Levine, it is hereby:

ORDERED, that the minutes of the guilty plea entered by the defendant Ray Irangy on December 13, 1996 in the above captioned case be unsealed.

Dated:    Brooklyn, New York
           June ____, 2005

                                        THE HONORABLE I. LEO GLASSER
                                        UNITED STATES DISTRICT JUDGE